## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Anthony Jewett Smith | ) Case No. 16-02832-JW |
| | ) |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) |

### ANSWER TO MOTION FOR RELIEF FROM STAY

The Debtor in this matter, by and through his undersigned counsel, answers the Motion To Modify Stay of Ocwen Loan Servicing, LLC, as servicer for HSBC Bank USA, NA as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP%, Asset Backed Pass-Through Certificates (hereinafter referred to as "Movant") as follows:

1. Debtor denies all the allegations contained in Movant's Motion unless specifically admitted hereafter.

2. Debtor is informed and believes that Movant is adequately protected pursuant to the terms of the Chapter 13 Plan and should not be entitled to relief from the automatic stay.

3. We have been unable to reach our client to confirm the details outlined. If the Debtor is behind on payments due on this loan, debtor request an agreement allowing time to catch up on payments.

WHEREFORE, the Debtor prays that the Motion be dismissed, that she be reimbursed her costs and attorney's fees associated with the defense of this Motion, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted.

MOSS & ASSOCIATES, ATTORNEYS P.A.
By: /s / Jason T. Moss
    Jason T. Moss
    Federal I.D. No 7240
    816 Elmwood Avenue
    Columbia, South Carolina 29201
    (803) 933-0202
    Attorney for the Debtor

December 19, 2016

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

Anthony Jewett Smith ) Case No. 16-02832-JW
) 
) Chapter 13
)
)
Debtor. )
)

### Certification of Facts

In the above-entitled proceeding, in which relief is sought Ocwen Loan Servicing, LLC, as servicer for HSBC Bank USA, NA as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP%, Asset Backed Pass-Through Certificates from the automatic stay provided by 11 U.S.C. § 362, I do hereby certify to the best of my knowledge the following:.

1. Nature of Movant's Interest:

    Secured

2. Brief Description of Security Agreement:

    See Note and Mortgage Attached to Movant's Motion.

3. Description of Property Encumbered by Stay:

    304 Crest Haven Dr. Columbia, SC 29229

4. Basis for Relief.

    None. Movant is adequately protected under the terms of the Chapter 13 Plan.

5. Prior Adjudication by Others Courts, copy attached
    N/A

6. Valuation of Property, copy of Valuation attached:

    | | |
    |---|---|
    | Fair Market Value | $145,000.00 |
    | Liens | $183,171.22 |
    | Basis for Valuation | Tax Appraisal |
    | Net Equity | -0- |

7.    Amount of Debtor's Estimated Equity:    -0-

8. Month and Year in which First Direct Post-petition Payment Came Due to Movant:

9. (A) for Movant/Lienholder: List or attach a list of all postpetition payments received directly from debtor(s), clearly showing date received, amount, and month and year for which each such payment was applied:  N/A

(B) For Objecting Party: List or attach a list of all post-petition payments included in the Movants list form (a) above which objection party disputes as having been made.  Attach written proof of such payment(s) or a statement as to why such proof is not available at the time of filing this objection.

10.    Month and Year for Which Post-petition Account of Debtor(s) is Due as of the Date of this Motion.

MOSS & ASSOCIATES, P.A.

By:/s/ Jason T. Moss
Jason T. Moss
Federal I.D. No 7240
816 Elmwood Avenue
Columbia, South Carolina 29201
(803) 933-0202
Attorney for the Debtor

Columbia, South Carolina

December 19, 2016

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Anthony Jewett Smith | Case No. 16-02832-JW |
| | Chapter 13 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on today's date, I served, on the persons and addresses below, by First Class Mail, postage prepaid, Debtor's Answer to Motion for Relief of Stay and Debtor's Certification of Facts.

Travis E. Menk, Esq.
5121 Parkway Plaza Blvd, Ste. 300
Charlotte, NC 28217
Attorney for Movant

William K. Stephenson
PO Box 8477
Columbia, SC 29202
Chapter 13 Trustee

MOSS & ASSOCIATES, P.A.

By: /s/Stanley Rouse
Stanley Rouse
816 Elmwood Avenue
Columbia, South Carolina 29201
(803) 933-0202
stanley@mossattorneys.com

Columbia, South Carolina

December 19, 2016